UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE BARLOW, an individual,<br><br>        Plaintiff,<br><br> v.<br><br>STATE OF WASHINGTON d/b/a<br>Washington State University,<br><br>        Defendant. | NO. 3:20-cv-05186<br><br>AFFIDAVIT OF BRIAN J. BAKER<br>IN SUPPORT OF REMOVAL TO<br>FEDERAL COURT |

State of Washington )
         ) ss.
County of Thurston )

 I, BRIAN J. BAKER, being first duly sworn upon oath, testify as follows:

 1. I am the Assistant Attorney General assigned to represent the Defendant, State of Washington d/b/a Washington State University in the entitled case. I am over the age of 18, competent to testify as to the matters stated herein, and make this declaration based on my personal knowledge.

 2. The State of State of Washington d/b/a Washington State University was served with Plaintiff's Complaint in the above-entitled matter on February 4, 2020.

 3. Plaintiff alleges discrimination under Title IX of the Education Amendments of 1972 (Title IX), 86 Stat. 373, as amended, 20 U.S.C § 1681 *et seq*.

AFFIDAVIT OF BRIAN J. BAKER IN
SUPPORT OF REMOVAL TO
FEDERAL COURT AND REGARDING
DOCUMENTS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1    4.    There is no court record or filing of any other defendants being properly served
2 at this time, and the undersigned is not aware of any such service.

3    5.    Defendant agrees to removal to Federal Court.

4    6.    True and correct copies of the documents filed in the Thurston County Superior
5 Court File No. 20-2-00417-34 will be filed with this Court within twenty (20) days as specified
6 in RCW 4.14.020.

DATED this 28th day of February 2020.



ROBERT W. FERGUSON
Attorney General

BRIAN J. BAKER, WSBA No. 54491
Assistant Attorney General
PO Box 40126
Olympia, WA 98504-0126
Telephone: (360) 586-6351; Fax: (360) 586-6655
E-mail: Brian.Baker@atg.wa.gov
Attorney for Defendant

I certify that I know or have satisfactory evidence that Brian J. Baker is the person who appeared before me, and said person acknowledged that he signed this instrument, on oath stated that he is authorized to execute the instrument and acknowledged it on this 28th day of February 20 20 to be the free and voluntary act of such party for the uses and purposes mentioned in this instrument.

NOTARY PUBLIC in and for the State of Washington, residing at Centralia Washington.
My Commission Expires: 12/04/2022

AFFIDAVIT OF BRIAN J. BAKER IN SUPPORT OF REMOVAL TO FEDERAL COURT AND REGARDING DOCUMENTS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Meaghan Driscoll
Amanda Searle
Connelly Law Offices, PLLC
2301 North 30th St.
Tacoma, WA 98402

DATED this 28th day of February, 2020.

ROBERT W. FERGUSON
Attorney General

_____
BRIAN J. BAKER, WSBA No. 54491
Assistant Attorney General
PO Box 40126
Olympia, WA 98504-0126
Telephone: (360) 586-6351; Fax: (360) 586-6655
E-mail: Brian.Baker@atg.wa.gov
Attorney for Defendant

AFFIDAVIT OF BRIAN J. BAKER IN SUPPORT OF REMOVAL TO FEDERAL COURT AND REGARDING DOCUMENTS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300