1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| MADELEINE BARLOW, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON d/b/a Washington State University,<br><br>Defendant. | No.  3:20-cv-05186<br><br>**DEMAND FOR A TWELVE PERSON JURY** |

　　　　Pursuant to Federal Rule of Civil Procedure 38(b) & 81(c)(3), Plaintiff hereby demands a a jury of twelve (12) persons on all issues so triable.

　　　　DATED this 6th day of March, 2020.

//

//

JURY DEMAND - 1 of 2
(no.: 3:30-cv-05186)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1
2
3
4
5
6

                    CONNELLY LAW OFFICES, PLLC

By _____*[signature: Meaghan Driscoll]*_____
   Meaghan M. Driscoll, WSBA No. 49863
   2301 North 30th Street
   Tacoma, WA 98403
   Phone: (253) 593-5100
   E-mail: mdriscoll@connelly-law.com
   Attorney for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

JURY DEMAND - 2 of 2
(no.: 3:30-cv-05186)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax