UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE BARLOW, an individual,<br><br>                 Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON d/b/a<br>Washington State University,<br><br>                 Defendant. | NO. 3:20-cv-05186<br><br>DECLARATION OF BRIAN SHUFFIELD |

BRIAN SHUFFIELD hereby declares as follows:

1. I am over the age of 18 and am competent to testify about the matters stated herein. I am currently the Executive Director for Student Involvement at Washington State University. I have held this position since 2015. I make this declaration based on my personal knowledge.

2. The office of student involvement coordinates the operation of the website http://offcampusliving.wsu.edu/. The website includes general information about off-campus housing in the Pullman area.

3. The website also includes a system whereby prospective property owners can list advertisements about their properties for rent. The property-listing portion of the website is run by the company Rent College Pads, Inc. Washington State University does not control the listings on the website, which are controlled by Rent College Pads, Inc., nor does Washington State University endorse any of the properties listed on the website. The website includes a disclaimer to that effect. That disclaimer states that Washington State University:

- Does not inspect or offer any guarantee for the condition or quality of the rental units listed.
- Does not manage or offer any guarantee as to the accuracy of information provided on the Rent College Pads (RCP) site.
- Does not endorse the RCP site, any of the listed properties, landlords or rental companies.

- Does not assume responsibility for, nor does WSU endorse or control links that result from any housing referral.
- Does not assume responsibility for arrangement of rental contracts between individual tenants and landlords.
- Does not assume responsibility for any disputes or claims that may arise out of or in connection with use of the RCP site, between tenants and RCP, or between tenants and any landlord or property.

4. ***Exhibit 1*** to this declaration is a true and correct image of the disclaimer that is displayed on the https://offcampusliving.wsu.edu/ rental listings page.

5. Washington State University does not control Students' decisions of where to rent off-campus housing. The University does not control the private off-campus properties that students rent.

6. I am familiar with the Emerald Downs apartment complex located at 910 NE Providence Court, Pullman, Washington. Emerald Downs is private apartment complex, is not on campus, is not university property, and is not controlled by the University. The University does not maintain any contracts with Emerald Downs related to the housing of students, and is not involved in the leasing process between Emerald Downs and any students that choose to rent apartments within the complex.

I declare under penalty of perjury of law under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED in Pullman, Washington on this 12th day of April, 2021.

[signature]
BRIAN SHUFFIELD
Executive Director, Student Involvement
Washington State University

# Exhibit 1

Exhibit 1 – Brian Shuffield Declaration

## Disclaimer

### Washington State University (WSU) – Cougar Choice Housing

- Does not inspect or offer any guarantee for the condition or quality of the rental units listed.
- Does not manage or offer any guarantee as to the accuracy of information provided on the Rent College Pads (RCP) site.
- Does not endorse the RCP site, any of the listed properties, landlords or rental companies.
- Does not assume responsibility for, nor does WSU endorse or control links that result from any housing referral.
- Does not assume responsibility for arrangement of rental contracts between individual tenants and landlords.
- Does not assume responsibility for any disputes or claims that may arise out of or in connection with use of the RCP site, between tenants and RCP, or between tenants and any landlord or property.