# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE BARLOW,,<br><br>     Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON d/b/a Washington State University,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:20-cv-05186-BHS |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

 Plaintiff's motion for summary judgment is granted. Judgment is for defendant.

Dated this 21st day of May 2021.

                 <u>William M. McCool</u>
                 Clerk

                 <u>*s/Ann Duke*</u>
                 Deputy Clerk