HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE BARLOW, individually,<br><br>                               Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON d/b/a Washington State University,<br><br>                              Defendant. | NO.  3:20-cv-05186-BHS<br><br>NOTICE OF APPEAL |

Notice is hereby given that plaintiff Madeleine Barlow appeals to the United States Court of Appeal for the Ninth Circuit from the Order Granting Defendant's Motion for Summary Judgment, Dkt. 56, entered May 21, 2021, and the Judgment in a Civil Action, Dkt. 57, entered May 21, 2021.

Pursuant to Circuit Rule 3-2(b), a representation statement is attached.

DATED this 24th day of May, 2021.

/s/ Philip A. Talmadge
Philip A. Talmadge, WSBA #6973
Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
(206) 574-6661

Notice of Appeal - 1

Amanda M. Searle, WSBA #42632
Meaghan M. Driscoll, WSBA #49863
Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100

Attorneys for Plaintiff

REPRESENTATION STATEMENT

The parties in this action and their counsel are as follows:

**Attorneys for Plaintiff Madeleine Barlow**
Philip A. Talmadge, WSBA #6973
Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
Tel: (206) 574-6661
Email: phil@tal-fitzlaw.com

Amanda M. Searle, WSBA #42632
Meaghan M. Driscoll, WSBA #49863
Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA  98403
Tel: (253) 593-5100
Email: asearle@connelly-law.com
Email: mdriscoll@connelly-law.com

**Attorneys for Defendant State of Washington d/b/a Washington State University**
Brian J. Baker, WSBA #54491
Brendan M. Lenihan, WSBA #56066
Washington State Attorney General
PO Box 40126
Olympia, WA  98504-0126
Tel: (360) 586-6300
Email: brian.baker@atg.wa.gov
Email: Brendan.lenihan@atg.wa.gov

Notice of Appeal - 2

Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA  98126
(206) 574-6661

<u>DECLARATION OF SERVICE</u>

On said day below I electronically filed a true and accurate copy of the following document, **Notice of Appeal** in Cause No. 3:20-cv-05186-BHS, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED:  May 24, 2021 at Seattle, Washington.


/s/ Matt J. Albers
Matt J. Albers, Paralegal
Talmadge/Fitzpatrick